AO 93 (Rev. 5/85) Search Warrant

# United States District Court

_____ DISTRICT OF _____ALASKA_____

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)
**Residence of Mr. Bill Walker**

See description below

SEARCH WARRANT

CASE NUMBER: Forest Service no. 01-10-T-0002
K01-0003 MJ

TO: _____Special Agent Jack A. Davis_____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _____Special Agent Jack A. Davis_____ who has reason to
                                                              Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
the Bill Walker residence, a wooden frame house with a blue metal roof (see attached photo) that is accessed by driving .2 miles south down the main road from the Naukati Connection Store in Naukati, Alaska, then turning down the first road to the right, travel .1 miles down this road and turn into the driveway. The residence is located next to the Ralph Porter residence and mill site. Also any outbuildings associated with this dwelling and any vehicles present on the premises at the time of the Search Warrant execution.

in the _____ District of _____Alaska_____ there is now
concealed a certain person or property, namely (describe the person or property)
chainsaws, wedges, portions of wedges, mauls, furrows, hammers or hammer type devices, measuring devices, other devices utilized to cut and manufacture cedar shingle bolts, reciepts for delivery of cedar shingle bolts, business records concerning cedar shingle bolts, check stubs for payment of cedar shingle bolts, and telephone records indicating business transactions in the sale of cedar shingle bolts.
↳ for the months of Dec. & Nov., 2000 and Jan., 2001 MEG

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____February 12, 2001_____
                                                                              Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime — 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _____U.S. Magistrate Judge Mary Guss_____
                                                                              U.S. Judge or Magistrate
as required by law.

Feb. 2, 2001, 2:50 p.m.          at   Ketchikan, Alaska
Date and Time Issued                        City and State

Magistrate Judge Mary E. Guss              Mary E. Guss
Name and Title of Judicial Officer          Signature of Judicial Officer

Case 5:01-mj-00003-MEG   Document 2   Filed 02/15/01   Page 1 of 3

AO 93 (Rev. 5/85) Search Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| Feb. 2, 2001 | 02/06/01 @ 10:00 AM | Bill Walker |

INVENTORY MADE IN THE PRESENCE OF Forest Service Officers Clint McGuffey & Ken Pearson

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

From Residence —

1. Telephone Records for Bill Walker for December 2000 & January 2001.
2. One Small "Memo" Notebook

From Ford Pickup Truck # 8406DS (Alaska)

1. Husqvarna 281 XP Chainsaw Serial # 6421625
2. One (1) Mallet
3. Two (2) Splitting Froes
4. One (1) Froe Handle
5. Two (2) Orange Plastic Wedges
6. One (1) Peavey
7. One (1) Plastic Forest Service Sign stating "No Firewood Cutting"

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_Mary E. Muss_  _Feb. 15 2001_
U.S. Judge or Magistrate   Date

PHOTO OF MR. BILL WALKER'S RESIDENCE AND VEHICLE NEAR NAUKATI, ALASKA

